IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
**(Baltimore Division)**

| | | |
|---|---|---|
| IN RE: | * | |
| KEVIN BUTLER | * | Case No. 16-18977-JS |
| Debtor(s) | * | (Chapter 7) |

* * * * * * * * * * * * *

## APPLICATION TO EMPLOY ATTORNEY

George W. Liebmann, Trustee, pursuant to U.S.C. Section 327 and Federal Rule of Bankruptcy Procedure 2014, applies for an order approving the employment of Orbie R. Shively and the firm of Liebmann & Shively, P.A., as attorney for the Trustee and in support thereof says:

1. George W. Liebmann is the duly qualified, appointed and acting Trustee in this case.

2. There is a dispute as to unscheduled property and turnover that requires the services of an attorney to pursue.

3. The services, if rendered by George W. Liebmann, will be billed at his current billing rate of $400/hr; if rendered by his law partner, Orbie R. Shively, they will be billed at his partner's current billing rate of $400/hr. The Trustee typically applies a courtesy reduction where the actual recovery is small and always excludes all time devoted to Trustee duties. Services rendered beyond 2016 may incur a different billing rate. Any compensation of attorneys' fees will require an application and approval by the Court.

4. Both I and my firm of Liebmann & Shively, P.A. have no connection with this debtor, with any of the debtor's creditors, have no connection with the office of the U.S. Trustee (other than through serving as a member of the trustee panel supervised by the Office of the U.S. Trustee), and have no connection with the accountants or attorneys of any of the foregoing

parties. Both I and my firm have no interest adverse to the bankruptcy estate and are each a "disinterested person" in this bankruptcy case as that term is defined by the Bankruptcy Code. Annexed hereto is an Affidavit of Attorney In Support of Application To Employ conforming with F.R.B.P. 2014.

5. Neither I nor my firm has entered into any fee sharing arrangement with anyone in this case. 11 U.S.C. §504.

WHEREFORE, George W. Liebmann, Trustee, prays that the employment of Orbie R. Shively and the law firm of Liebmann & Shively, P.A. as attorney for the Trustee be approved, such attorney's compensation to be subject to the further order of this Court.

                                              */s/ George W. Liebmann*
                                              George W. Liebmann (Fed. Bar #01112)
                                              LIEBMANN & SHIVELY, P.A.
                                              8 West Hamilton Street
                                              Baltimore, MD 21201
                                              (410)752-5887
                                              gliebmann@lspa.comcastbiz.net

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of July 2016, a copy of the foregoing Application to Employ Attorney was served on all parties listed below by first class mail, unless said party is a registered CM/ECF participant and the Notice of Electronic Filing indicates that this Motion was electronically mailed to said party:

Office of the U.S. Trustee                          Kevin Butler
Garmatz Federal Courthouse                  3833 Boarman Avenue
101 W. Lombard St., Rm. 2625             Baltimore, MD 21215
Baltimore, MD  21201

                                              */s/ George W. Liebmann*
                                              George W. Liebmann

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| IN RE: * | |
| KEVIN BUTLER * | Case No. 16-18977-JS |
|    Debtor(s) * | (Chapter 7) |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF ATTORNEY IN
## SUPPORT OF APPLICATION TO EMPLOY

I, Orbie R. Shively, of the firm of Liebmann & Shively, P.A., hereby swear and affirm under the penalties of perjury that the following statements are true and correct and based upon my personal knowledge:

1. I am a member of the Maryland Bar and am a member of the Federal Bar for the District of Maryland (Bar# 04461), as is my partner, George W. Liebmann (Bar# 01112).

2. I and my firm maintain offices at 8 West Hamilton Street, Baltimore, MD 21201.

3. The services, if rendered by George W. Liebmann, will be billed at his current billing rate of $400/hr; if rendered by his law partner, Orbie R. Shively, they will be billed at his partner's current billing rate of $400/hr. The Trustee typically applies a courtesy reduction where the actual recovery is small and always excludes all time devoted to Trustee duties. Services rendered beyond 2016 may incur a different billing rate. Any compensation of attorneys' fees will require an application and approval by the Court.

4. Neither I nor any member of my firm have any connection with the debtor, with any creditors in this case, with the Office of the U.S. Trustee or any person employed in the Office of the U.S. Trustee, other than contact with that office by virtue of George Liebmann being a member of the Trustee panel subject to supervision by the Office of the U.S. Trustee, or with the attorneys or accountants of any of the foregoing. Both I and my firm are a "disinterested person" in the bankruptcy case as that term is defined by the Bankruptcy Code, and have no interest adverse to the bankruptcy estate.

5. Neither I nor any member of my firm has entered into any kind of fee sharing arrangement in this case.

Dated: July 19, 2016                    */s/ Orbie R. Shively*
                                                              Orbie R. Shively